# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VIOMAR SENA, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.,<br><br>Defendant. | Case No. 2:23-cv-4133<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |
| VAIL PINKSTON MCCALL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.,<br><br>Defendant. | Case No. 2:23-cv-04171<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |
| REBECCA RICHARDSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.,<br><br>Defendant. | Case No. 2:23-cv-04190<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES**

This matter is before the Court on the motion to consolidate under Federal Rule of Civil Procedure 42 by Plaintiffs in three related cases, *Sena v. Red Roof Inns, Inc.*, No. 2:23-cv-04133, *McCall v. Red Roof Inns, Inc.*, Case No. 2:23-cv-04171, and *Richardson v. Red Roof Inns, Inc.*, Case No. 2:23-v-04190 into the first-filed case and recaption the matter *In re Red Roof Inns, Inc. Data Incident Litigation*. For the reasons in that motion, to ensure consistent and efficient adjudications in this Court, and for other good cause shown, the Court hereby **GRANTS** the motion to consolidate, and issues the following orders.

1. The following Related Actions are hereby consolidated for all pre-trial proceedings (the "Consolidated Action"): *Sena v. Red Roof Inns, Inc.*, No. 2:23-cv-04133, *McCall v. Red Roof Inns, Inc.*, No. 2:23-cv-04171, and *Richardson v. Red Roof Inns, Inc.*, Case No. 2:23-v-04190.

2. Every pleading filed in the Consolidated Action shall bear the caption *In re Red Roof Inns, Inc. Data Incident Litigation*, No. 2:23-cv-04133,

3. The files of the Consolidated Action shall be maintained in one file under Master File No. 2:23-cv-04133.

4. Should a related case that arises out of the same subject matter as the Consolidated Action subsequently be filed in this Court or transferred from another Court, a motion may be made to consolidate it as well. Nothing in the foregoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently filed or transferred related action.

2

5. Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e- mail transmission shall be permitted in addition to service via ECF notification.

6. Plaintiffs will file a consolidated class action complaint within thirty (30) calendar days of the entry of this Order; and,

7. Defendant shall not be required to answer or otherwise respond to any of the original complaints in the Related Actions.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**