# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No.: 2:23-cv-4133<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING MEDIATION

This matter comes before the Court on Defendant's Unopposed Motion to Stay Proceedings Pending Mediation. (ECF No. 14). The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1) The proceedings of this case are stayed for 90 days, up to and including September 16, 2024, to allow Plaintiffs and Defendant to engage in private mediation and settlement discussions;

2) The Parties shall provide the Court with a status update regarding their settlement efforts no later than **August 1, 2024**;

3) Plaintiffs must oppose or otherwise respond to Defendant's Motion to Dismiss by **September 23, 2024.**

IT IS SO ORDERED.

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE