**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No. 2:23-cv-4133 <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Chelsey M. Vascura |

**JOINT STATUS REPORT**
**REGARDING SETTLEMENT EFFORTS AND MOTION TO STAY CASE**

Plaintiffs and Defendant (collectively, the "Parties"), submit this Joint Status Report regarding their ongoing settlement efforts. On June 17, 2024, Defendant filed an unopposed motion to stay pending mediation between the Parties (ECF No. 14). On June 18, 2024, the Court approved Defendant's motion, staying the proceedings for 90 days and requesting that the Parties provide a status update regarding the settlement efforts no later than August 1, 2024 (ECF No. 16).

In the meantime, the Parties have taken considerable efforts to facilitate mediation. At this time, the Parties have scheduled a mediation session with mediator Ben Picker on September 27, 2024. Given the complexity of the litigation and the continued collaboration between the Parties to engage in mediation and discuss the terms of a potential settlement, the Parties request a stay of litigation deadlines to allow the Parties to continue their settlement efforts while conserving litigant and judicial resources.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and stay litigation deadlines until after the Parties have been provided meaningful opportunity to engage in mediation.

Dated: August 1, 2024

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
Jonathan T. Deters (0093976)
Dylan J. Gould (0097954)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Samuel J. Strauss *
Raina Borrelli (*pro hac vice*)
Brittany Resch *
STRAUSS BORELLI, PLLC
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@turkestrauss.com
raina@straussborelli.com
brittanyr@turkestrauss.com

Christopher D. Wiest (0077931)
Chris Wiest, Attorney at Law, PLLC
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
Tel: (513) 257-1895
E: chris@cwiestlaw.com

Mason Barney*
Tyler Bean*
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500

New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

*/s/ Robert P. Lynch*
Robert P. Lynch, Jr. (0072037)
GORDON REES SCULLY MANSUKHANI, LLP
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
rplynch@grsm.com

Joseph Salvo*
John T. Mills*
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
jsalvo@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

* Motions for admission *pro hac vice* forthcoming