**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No.: 2:23-cv-4133<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF ROCEEDINGS PENDING MEDIATION**

This matter comes before the Court on the Parties Joint Status Report Regarding Settlement Efforts and Motion to Stay Case (ECF No. 17). The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1) The current stay of proceedings in this case is extended for 30 days, up to and including **October 16, 2024**, to allow Plaintiffs and Defendant to engage in private mediation and settlement discussions;

2) The Parties shall provide the Court with a status update regarding their settlement efforts no later than **October 1, 2024**;

3) Plaintiffs must oppose or otherwise respond to Defendant's Motion to Dismiss by **October 23, 2024**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE