UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No. 2:23-cv-4133<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

**JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS AND
MOTION TO STAY CASE**

Plaintiffs and Defendant (collectively, the "Parties"), submit this Joint Status Report regarding their ongoing settlement efforts. On June 17, 2024, Defendant filed an unopposed motion to stay pending mediation between the Parties (ECF No. 14). On June 18, 2024, the Court approved Defendant's motion, staying the proceedings for 90 days and requesting that the Parties provide a status update regarding the settlement efforts no later than August 1, 2024 (ECF No. 16). The Parties provided a status update to the Court on August 1, 2024, notifying the Court that they had scheduled a mediation session with mediator Ben Picker on September 27, 2024, and requesting a continued stay of this action (ECF No. 17). Given the complexity of the litigation and the continued collaboration between the Parties to engage in mediation and discuss the terms of a potential settlement, the Parties requested a stay of litigation deadlines to allow the Parties to continue their settlement efforts while conserving litigant and judicial resources. The Court granted the request to stay through October 16, 2024, and ordered the Parties to submit a status report on settlement by October 1, 2024 (ECF No. 18).

The Parties conducted a full day mediation with mediator Ben Picker on September 27, 2024, where, with Mr. Picker's assistance, they reached agreement on the material terms of a class settlement. To allow the Parties sufficient time to negotiate and draft a full settlement agreement,

and for Plaintiffs to prepare a motion for preliminary approval of the class settlement, the Parties ask that the Court continue the stay of this action through November 11, 2024.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and stay litigation deadlines until November 11, 2024, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
Jonathan T. Deters (0093976)
Dylan J. Gould (0097954)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Samuel J. Strauss *
Raina Borrelli (*pro hac vice*)
Brittany Resch *
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

Christopher D. Wiest (0077931)
Chris Wiest, Attorney at Law, PLLC
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
Tel: (513) 257-1895
E: chris@cwiestlaw.com

Mason Barney *
Tyler Bean *
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Plaintiffs' and Class Counsel*


*/s/ Robert P. Lynch (by email authority)*
Robert P. Lynch, Jr. (0072037)
GORDON REES SCULLY MANSUKHANI LLP
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
rplynch@grsm.com

Joseph Salvo *
John T. Mills *
GORDON REES SCULLY MANSUKHANI LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
jsalvo@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

* *Pro Hac Vice* motion forthcoming

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of September 2024, the foregoing was served upon all parties by being filed electronically with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ Terence R. Coates
Terence R. Coates (0085579)