## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re Red Roof Inns, Inc.*                                          **Civil Action 2:23-cv-4133**
*Data Incident Litigation*                                      **Chief Judge Sarah D. Morrison**
                                                                                                       **Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the Parties' Joint Status Report Regarding Settlement Efforts and Motion to Stay Case (ECF No. 19). The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**. Accordingly, the Court **ORDERS** as follows:

1. The current stay of proceedings in this case is **EXTENDED** through **NOVEMBER 11, 2024**;

2. The Parties shall provide the Court with a joint status report regarding their settlement efforts no later than **NOVEMBER 11, 2024,** unless they have filed a motion for preliminary approval of the class settlement in the interim.

**IT IS SO ORDERED.**

                                                                      /s/ *Chelsey M. Vascura*
                                                                      CHELSEY M. VASCURA
                                                                      UNITED STATES MAGISTRATE JUDGE