UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No. 2:23-cv-4133<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

**JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST TO CONTINUE STAY**

Plaintiffs and Defendant (collectively, the "Parties"), submit this Joint Status Report regarding their ongoing settlement efforts. On September 30, 2024, the Parties notified the Court that, following mediation, they reached an agreement on the material terms of a class settlement. ECF No. 19. The Court then entered an Order extending the stay of this matter through November 11, 2024, after which Plaintiffs were required to move for preliminary approval or the Parties file a joint status report. ECF No. 20.

Since the Parties' September 30 submission, they have been working diligently to draft the settlement agreement, obtain and review bids for notice and settlement administration, and prepare to move for preliminary approval. To facilitate the completion of those efforts, the Parties jointly request that the stay of this matter be extended through December 11, 2024, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

**WHEREFORE**, the Parties respectfully request that the Court continue the stay of litigation deadlines until December 11, 2024, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

Dated: November 12, 2024

Respectfully submitted,
*/s/ Terence R. Coates*
Terence R. Coates
Jonathan T. Deters
Dylan J. Gould
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Samuel J. Strauss *
Raina Borrelli (*pro hac vice*)
Brittany Resch *
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

Christopher D. Wiest
Chris Wiest, Attorney at Law, PLLC
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
Tel: (513) 257-1895
E: chris@cwiestlaw.com

Mason Barney*
Tyler Bean*
SIRI & GLIMSTAD LLP

745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Plaintiffs' and Class Counsel*

/s/ Robert P. Lynch
Robert P. Lynch, Jr.
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
rplynch@grsm.com

Joseph Salvo*
John T. Mills*
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
jsalvo@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

* *Pro Have Vice Forthcoming*