## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| *In re Red Roof Inns, Inc. Data Incident Litigation* | Case No. 2:23-cv-4133 |
| | Chief Judge Sarah D. Morrison |
| | Magistrate Judge Chelsey M. Vascura |

### JOINT STATUS REPORT
### REGARDING SETTLEMENT AND REQUEST TO CONTINUE STAY

Plaintiffs and Defendant (collectively, the "Parties"), submit this Joint Status Report regarding their ongoing settlement efforts. On September 30, 2024, the Parties notified the Court that, following mediation, they reached an agreement on the material terms of a class settlement. ECF No. 19. The Court then entered an Order extending the stay of this matter through November 11, 2024, at which time Plaintiffs were required to move for preliminary approval or the Parties must file a joint status report. ECF No. 20. On November 12, 2024, the Parties jointly informed the Court that they continued to engage in productive settlement discussions and requested that the Court continued the stay to allow the Parties to finalize their discussions. ECF No. 21. On November 14, 2024, the Court granted that request and continued the stay until December 11, 2024, and further ordered that the Parties update the Court or that Plaintiffs file a motion for preliminary approval of class action settlement on or before December 11, 2024. ECF No. 22.

Since their last status report, the Parties have continued to meaningfully engage in productive discussion and are close to reaching a classwide settlement in principle. Accordingly, the Parties request that the Court continue the stay for an additional forty-five (45) days, or until January 26, 2025, in order to allow the Parties to conclude their negotiations and allow sufficient time to prepare any settlement agreement and Plaintiffs' motion for preliminary approval.

WHEREFORE, the Parties respectfully request that the Court continue the stay of litigation deadlines until January 26, 2025, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

Dated: December 12, 2024                    Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
Jonathan T. Deters (0093976)
Dylan J. Gould (0097954)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Samuel J. Strauss *
Raina Borrelli (*pro hac vice*)
Brittany Resch *
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

Christopher D. Wiest (0077931)
Chris Wiest, Attorney at Law, PLLC
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
Tel: (513) 257-1895

E: chris@cwiestlaw.com

Mason Barney*
Tyler Bean*
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Plaintiffs' and Class Counsel*


/s/ Robert P. Lynch
Robert P. Lynch, Jr. (0072037)
GORDON REES SCULLY MANSUKHANI
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
rplynch@grsm.com

Joseph Salvo*
John T. Mills*
GORDON REES SCULLY MANSUKHANI
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
jsalvo@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*


* *Motion for admission* pro hac vice *forthcoming*