United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

In re: Red Roof Inns, Inc. Data Incident Litigation

Case No. 2:23-cv-4133

COURTROOM MINUTES
Settlement Final Approval Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 8/5/2025 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Plaintiff: | Terrence Coates<br>Spencer Campbell |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Jian Jiao |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Plaintiff counsel Spencer Campbell presented to the Court.
Defendant counsel Jian Jiao Plaintiff counsel's assessment.
No class members appeared in the courtroom. The Court overruled the objection of individual class member Amanda Saunders.
The Court will issue an order in due course.